UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:19-CR-64-1H
Civil No. 7:20-CV-98-H

BRANDON LEE LOCKLEAR,              )
                                   )
              Petitioner,          )
                                   )
       v.                          )              ORDER
                                   )
UNITED STATES OF AMERICA,          )
                                   )
              Respondent.          )


       Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.


       SO ORDERED.  This 25th day of June 2020.


                              _____
                              MALCOLM J. HOWARD
                              SENIOR UNITED STATES DISTRICT JUDGE